<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7485**

———————————

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

        versus

EARL MCCRAE SCALES,

                          Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CR-97-243-1)

———————————

Submitted:  February 10, 2000      Decided:  February 15, 2000

———————————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Earl McCrae Scales, Appellant Pro Se.  Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl McCrae Scales appeals the district court's order denying his motion to enjoin the Bureau of Prisons from debiting his trust account to satisfy a restitution order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Scales</u>, No. CR-97-243-1 (M.D.N.C. Sept. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>